

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00389-CV

IN THE INTEREST OF J.B., A
CHILD

------------

FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 325-385480-05

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered Appellant's "Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: SUDDERTH, C.J.; WALKER and MEIER, JJ.

DELIVERED: January 4, 2018

---

[1]*See* Tex. R. App. P. 47.4.